

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Belinda Lonell Davis,                            * From the 29th District Court
                                                   Of Palo Pinto County, Texas
                                                   Trial Court No. 13414.

Vs. No. 11-15-00205-CR                           * September 30, 2015

The State of Texas,                              * Per Curiam Memorandum Opinion
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.